UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOE SORIANO CISNEROS on behalf of
himself, and other similarly situated employees,  :
                                                  :
                            Plaintiff,            :
    -against-                                     :            ORDER
                                                  :
LAS SIRENAS RESTAURANT INC., *doing*              :            19-CV-11152 (PGG)(KNF)
*business as* LAS SIRENAS MEXICAN
RESTAURANT,                                       :
                            Defendant.            :
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The docket sheet maintained by the Clerk of Court for this action reflects that the defendant was served with a summons and the complaint but has not filed an answer or moved with respect to the complaint; the time for doing so has elapsed.  Therefore, on or before July 10, 2020, the plaintiff shall advise the Court in writing of status of this action.  Failing to comply with a court order may result in sanctions including the dismissal of the complaint.

Dated:  New York, New York            SO ORDERED:
        July 7, 2020

                                      _____
                                      KEVIN NATHANIEL FOX
                                      UNITED STATES MAGISTRATE JUDGE